# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT SCHUTZA,<br><br>                   Plaintiff,<br><br>v.<br><br>ALESSIO LEASING, INC., a California Corporation, et al.<br><br>                   Defendants. | Case No.: 18cv2154-LAB (AGS)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS [Dkt. 35]** |

The parties' joint motion to dismiss is **GRANTED**. Dkt. 35. This action is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees. FRCP 41(a).

**IT IS SO ORDERED**.

Dated: September 19, 2019

*Larry A. Burns*
**Hon. Larry Alan Burns**
Chief United States District Judge